

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Eastern/Western (circle one) District of Virginia |
|---|---|
| Name (under which you were convicted): Charles Frank Canale, Jr. | Docket or Case No.: ~~CR21256-62~~ 3:16cv400 |
| Place of Confinement: Augusta Correctional Center, Craigsville, Va | Prisoner No.: 1464920 |

Petitioner (include the name under which you were convicted)

Charles Frank Canale, Jr.

v.

Respondent (authorized person having custody of petitioner)

Harold W. Clarke, Director, Va Dept of Corrections

The Attorney General of the State of Virginia

# PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Williamsburg Circuit Court, 5201 Monticello Avenue, Williamsburg, VA 23188

   (b) Criminal docket or case number (if you know): CR21256-62

2. (a) Date of the judgment of conviction (if you know): 11-27-2012, affirmed 6-13-2014

   (b) Date of sentencing: 11-27-2012

3. Length of sentence: 120 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: VA code 18.2-374.3 (6 counts); VA code 18.2-370 (1 count)

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐       (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐     Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?

Yes ☐  No ☒

9. If you did appeal, answer the following:
   (a) Name of court: Virginia Court of Appeals
   (b) Docket or case number (if you know): 2349-12-1
   (c) Result: Denied
   (d) Date of result (if you know): 10-9-2013
   (e) Citation to the case (if you know): Case # 2349-12-1
   (f) Grounds raised: See attached memorandum

   (g) Did you seek further review by a higher state court?  Yes ☒  No ☐
   If yes, answer the following:
   (1) Name of court: Supreme Court of Virginia
   (2) Docket or case number (if you know): 131763
   (3) Result: Denied

   (4) Date of result (if you know): 6-13-2014
   (5) Citation to the case (if you know): Case # 131763
   (6) Grounds raised: See attached memorandum

   (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
   If yes, answer the following:
   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

   Yes ☒  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: **Supreme Court of Virginia**

      (2) Docket or case number (if you know): **160247**

      (3) Date of filing (if you know): **2-16-2016**

      (4) Nature of the proceeding: **Habeas Corpus Petition**

      (5) Grounds raised: **See attached memorandum**

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☒

      (7) Result: **Denied**

      (8) Date of result (if you know): **6-16-2016**

   (b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:     Yes ❑    No ❑
   (2) Second petition:   Yes ❑    No ❑
   (3) Third petition:    Yes ❑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts and law</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: **Due Process: Failure to permit reasonable inspection of the evidence**

(a) Supporting facts and law (State the specific facts and law that support your claim.):
**See attached Memorandum of Law**

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☒   No ☐
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☒   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: **Petition for Writ of Habeas Corpus**
   Name and location of the court where the motion or petition was filed: **Williamsburg Circuit Court 5201 Monticello Avenue, Williamsburg, VA**

Docket or case number (if you know): CL15-0736

Date of the court's decision: 11-17-2015

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Virginia Supreme Court, Richmond, VA

Docket or case number (if you know): 160247

Date of the court's decision: 6-16-2016

Result (attach a copy of the court's opinion or order, if available): Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

GROUND TWO: 14th Amendment: Insufficient Evidence to Support a Conviction

(a) Supporting facts and law (State the specific facts and law that support your claim.):
See attached Memorandum of Law

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Two:**

　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　Yes ☐　No ☐

　(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　Yes ☒　No ☐

　(2) If your answer to Question (d)(1) is "Yes," state:

　Type of motion or petition: Petition for Writ of Habeas Corpus

　Name and location of the court where the motion or petition was filed: Williamsburg Circuit Court, Williamsburg, VA

　Docket or case number (if you know): CL15-0736

　Date of the court's decision: 11-17-2015

　Result (attach a copy of the court's opinion or order, if available): Denied
_____

　(3) Did you receive a hearing on your motion or petition?

　　Yes ☐　No ☒

　(4) Did you appeal from the denial of your motion or petition?

　　Yes ☒　No ☐

　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☒　No ☐

　(6) If your answer to Question (d)(4) is "Yes," state:

　Name and location of the court where the appeal was filed: Supreme Court of Virginia, Richmond, VA

Docket or case number (if you know): **160247**
Date of the court's decision: 6-16-2016
Result (attach a copy of the court's opinion or order, if available): Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** _____

(a) Supporting facts and law (State the specific facts and law that support your claim.): _____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐ No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☐

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  _____

  _____

  (3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion or petition?

   Yes ☐   No ☐

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  _____

  _____

  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

  _____

  _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

  _____

  _____

**GROUND FOUR:** _____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❑   No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑ No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    _____

    _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No _____

    _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❑   No ❑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____
    _____
    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Domingo Rivera, Esquire

    (b) At arraignment and plea: Domingo Rivera, Esquire

    (c) At trial: Domingo Rivera, Esquire

    (d) At sentencing: Domingo Rivera, Esquire

    (e) On appeal: Domingo Rivera, Esquire

    (f) In any post-conviction proceeding: Domingo Rivera, Esquire

    (g) On appeal from any ruling against you in a post-conviction proceeding: Domingo Rivera, Esquire

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❑   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __Overturn the conviction or grant a new trial__

or any other relief to which petitioner may be entitled.

_[signature]_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **June 16, 2016** (month, date, year).

Executed (signed) on **6-16-2016** (date).

_Charles Canale by DJR_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _Petitioner signed through attorney._

\* \* \* \* \*