**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**CHARLES FRANK CANALE, JR.,**

      **Petitioner,**

**v.**                                    **Civil Action No.: 3:16cv400**

**HAROLD W. CLARKE,**
**DIRECTOR OF VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

      **Respondent.**

**PETITIONER'S MOTION TO ALTER/AMEND THE AUGUST 11, 2017 ORDER**
**PURSUANT TO FRCP 59(e)**

COMES NOW, Petitioner Charles Frank Canale, Jr., by counsel, and pursuant to Federal Rule of Civil Procedure 59(e), Moves the Court to Alter and/or Amend the Court's Final August 11, 2017 Order and, in support thereof, states as follows:

1.  The Court's August 11, 2017 Order requires alterations and/or amendments to correct clear errors of law and/or prevent manifest injustice.

2.  The reasons requiring alterations and/or amendments are set forth in the accompanying memorandum of law, which is incorporated by reference.

3.   Wherefore, Petitioner Charles Frank Canale, Jr., pursuant to Federal Rule of Civil Procedure 59(e), Moves the Court to Alter and/or Amend the Court's Final August 11, 2017 Order.

CHARLES FRANK CANALE, JR.

By Counsel

1

/s/ Domingo J. Rivera

Domingo J. Rivera, Esq. (VSB #71407)
1390 Chain Bridge Road #10042
McLean, VA 22101
Telephone: (571) 789-9317
Fax: (866) 651-2004
djr@cyberinternetlawyer.com

## CERTIFICATE OF SERVICE

On August 16, 2017, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice to the following CM/ECF participant:

ELIZABETH KIERNAN FITZGERALD, AAG VSB #82288
Attorney for Respondent
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071
(804) 371-0151 (Fax)
OAGCriminalLitigation@courts.state.va.us

/s/ Domingo J. Rivera

Domingo J. Rivera, Esq. (VSB #71407)
1390 Chain Bridge Road #10042
McLean, VA 22101
Telephone: (571) 789-9317
Fax: (866) 651-2004
djr@cyberinternetlawyer.com